**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **SHYAM S. ARORA** | ) | Case No. 15-31432 |
| | ) | |
| **Debtors.** | ) | **Honorable Timothy A. Barnes** |

**CERTIFICATE OF NOTICE**

     The undersigned, an attorney, certifies that he caused to be served a copy of the NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) on the attached service list, via the ECF court system, or by enclosing same in an envelope addressed to them, with postage fully prepaid, and by depositing the envelope in the U.S. Mail at 77 West Washington Street, Chicago, Illinois 60602, on this 11th day of December, 2017.

                                                                      */s/ David R. Herzog*
                                                                      Trustee in Bankruptcy

**SERVICE LIST**

VIA ECF

Office of the U.S. Trustee
219 S Dearborn St
Room 873
Chicago, IL 60604
USTPRegion11 .ES.ECF@usdoj.gov

Shyam S Arora
c/o Mehul D Desai
Kenneth C Swanson, Jr
Swanson & Desa i, LLC
2314 W North Ave Unit C-1W
Chicago, IL 60647
mdesai@swans ondesai.com
kc@chicagobankrup tcyattorney.com

National Credit Union Administration Board
acting in its capacity as Conservator for
Montauk Credit Union
c/o Joseph Krcmar
Quintairos, Prieto , Wood & Boyer, P.A.
233 South Wacker Drive, 70th Floor
Chicago, IL 60606
jkrcmar@qpwblaw.com

Toyota Motor Credit Corporation
c/o Terri M Long
2056 Ridge Road
Homewood, IL 60 430
tmlong@tmlong.com

Wells Fargo Bank N.A., as Trustee for
Carrington Mortgage Loan Trust Series
2006-NC3 Asset Backed Pass-Through
Certificates
c/o Michael J Kalkowski
Fisher and Shapiro LLC
2121 Waukegan Road, Suite #301
Bannockburn, IL 60015
mkalkowski@fisherandshapirolaw.com

VIA REGULAR MAIL

Shyam S Arora
2723 W Greenlea f Ave
Chicago, IL 60645

Capital One / Menard
26525 N Riverwoods Blvd
Mettawa, IL 60045

Capital Recovery V, LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue, Suite 1120
Miami FL 33131-1605

Carrington Mortgage
1610 E Saint Andrew Pl
Santa Ana, CA 92705

Cerastes, LLC
C/o Weinstein & Riley, PS
2001 Western Avenue, Ste 400
Seattle, WA  98121

Chase Bank USA, NA
PO Box 15298
Wilmington, DE 19850

Comenity Bank/Harlem Furniture
Attention: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/Marathon
PO Box 182789
Columbus, OH 43218

First USA, NA
PO Box 15298
Wilmington, DE 19850

GECRB/Sams Club
PO Box 965005
Orlando, FL 32896

GECRB/Sams Club
PO Box 103104
Roswell, GA 30076

MB Financial Bank NA
6111 N River Rd
Rosemont, IL 60018

PYOD, LLC its successors
and assigns as assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Quantum3 Group LLC
as agent for Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Sears/CBNA
PO Box 6283
Sioux Falls, SD 57117