UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 15-31432 |
|---|---|---|
| | § | |
| SHYAM S ARORA | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David R. Herzog, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $364,949.00 | Assets Exempt: | $16,500.00 |
| Total Distributions to Claimants: | $5,537.71 | Claims Discharged Without Payment: | $319,975.24 |
| Total Expenses of Administration: | $1,739.59 | | |

3)    Total gross receipts of $7,277.30  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $7,277.30 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $450,000.00 | $0.00 | $5,066.31 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,739.59 | $1,739.59 | $1,739.59 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $320,446.64 | $320,446.64 | $471.40 |
| **Total Disbursements** | $0.00 | $772,186.23 | $322,186.23 | $7,277.30 |

4). This case was originally filed under chapter 7 on 09/15/2015. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/19/2018            By:   /s/ David R. Herzog
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| MB Financial CD | 1129-000 | $7,277.30 |
| **TOTAL GROSS RECEIPTS** | | $7,277.30 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | NCUAB, conservator for Montauk Credit Union | 4110-000 | $0.00 | $150,000.00 | $0.00 | $1,688.77 |
| 8 | NCUAB, conservator for Montauk Credit Union | 4110-000 | $0.00 | $150,000.00 | $0.00 | $1,688.77 |
| 9 | NCUAB, conservator for Montauk Credit Union | 4110-000 | $0.00 | $150,000.00 | $0.00 | $1,688.77 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $450,000.00 | $0.00 | $5,066.31 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Herzog, Trustee | 2100-000 | NA | $1,477.73 | $1,477.73 | $1,477.73 |
| Arthur B. Levine Company | 2300-000 | NA | $6.68 | $6.68 | $6.68 |
| Bank of Texas | 2600-000 | NA | $237.99 | $237.99 | $237.99 |
| Green Bank | 2600-000 | NA | $17.19 | $17.19 | $17.19 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,739.59 | $1,739.59 | $1,739.59 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

NONE

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | $0.00 | $977.16 | $977.16 | $16.90 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | $0.00 | $3,700.38 | $3,700.38 | $63.95 |
| 3 | Capital Recovery V, LLC | 7100-000 | $0.00 | $4,599.59 | $4,599.59 | $79.49 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $0.00 | $521.60 | $521.60 | $110.75 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $0.00 | $5,887.51 | $5,887.51 | $0.00 |
| 6 | Cerastes, LLC | 7100-000 | $0.00 | $836.57 | $836.57 | $14.46 |
| 7a | NCUAB, conservator for Montauk Credit Union | 7100-000 | $0.00 | $97,723.04 | $97,723.04 | $0.00 |
| 8a | NCUAB, conservator for Montauk Credit Union | 7100-000 | $0.00 | $97,723.04 | $97,723.04 | $0.00 |
| 9a | NCUAB, conservator for Montauk Credit Union | 7100-000 | $0.00 | $97,723.04 | $97,723.04 | $0.00 |
| 10 | Toyota Motor Credit Corporation | 7100-000 | $0.00 | $10,754.71 | $10,754.71 | $185.85 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $320,446.64 | $320,446.64 | $471.40 |

FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No:   1          Exhibit 8

| Case No.: | 15-31432-TAB | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | ARORA, SHYAM S | Date Filed (f) or Converted (c): | 09/15/2015 (f) |
| For the Period Ending: | 11/19/2018 | §341(a) Meeting Date: | 11/02/2015 |
| | | Claims Bar Date: | 10/24/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | 2723 W Greenleaf Ave Chicago, IL 60645 | $341,374.00 | $0.00 | | $0.00 | FA |
| 2 | MB Financial Checking Account | $500.00 | $0.00 | | $0.00 | FA |
| 3 | Chase Bank Checking Account | $600.00 | $0.00 | | $0.00 | FA |
| 4 | MB Financial CD | $40,000.00 | $0.00 | | $7,277.30 | FA |
| 5 | Used Furniture and Household Goods | $3,000.00 | $0.00 | | $0.00 | FA |
| 6 | Used Clothing | $400.00 | $0.00 | | $0.00 | FA |
| 7 | Term Life Insurance Policy with AIG- No Cash Value | $0.00 | $0.00 | | $0.00 | FA |
| 8 | AR and AN Inc. Bankrupt | $0.00 | $0.00 | | $0.00 | FA |
| 9 | Batta and Sons Inc. Bankrupt | $0.00 | $0.00 | | $0.00 | FA |
| 10 | SVA Enterprise Inc. Business is not worth anything because the loan on the vehicle is worth more than the medellion and taxi cab. Debtor's son has a 50% interest in the business. | $0.00 | $0.00 | | $0.00 | FA |
| 11 | 2014 Toyota Camry LE Hybrid 15,000 miles | $23,900.00 | $0.00 | | $0.00 | FA |
| 12 | 2012 Prius 220,000 miles | $11,675.00 | $0.00 | | $0.00 | FA |

|  | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | |
| | $421,449.00 | $0.00 | $7,277.30 | $0.00 |

---

**Major Activities affecting case closing:**
07/26/2017     Preparing TFR. Anticipate filing in next 60 days.

**Initial Projected Date Of Final Report (TFR):**     03/21/2017          **Current Projected Date Of Final Report (TFR):**     09/30/2017          /s/ DAVID R. HERZOG

DAVID R. HERZOG

**FORM 2**

Page No: 1        Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 15-31432-TAB | |
| **Case Name:** | ARORA, SHYAM S | |
| **Primary Taxpayer ID #:** | **-***1476 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 9/15/2015 | |
| **For Period Ending:** | 11/19/2018 | |

| | | |
|---|---|---|
| **Trustee Name:** | David R. Herzog | |
| **Bank Name:** | Bank of Texas | |
| **Checking Acct #:** | ******0254 | |
| **Account Title:** | Checking | |
| **Blanket bond (per case limit):** | $5,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/25/2015 | (4) | Shyam Arora | Turnover of funds from MB Financial CD | 1129-000 | $7,277.30 | | $7,277.30 |
| 12/31/2015 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.68 | $7,265.62 |
| 01/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.69 | $7,253.93 |
| 02/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.92 | $7,243.01 |
| 03/16/2016 | 1001 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $3.93 | $7,239.08 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.65 | $7,227.43 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.25 | $7,216.18 |
| 05/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.61 | $7,204.57 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.22 | $7,193.35 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.57 | $7,181.78 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.55 | $7,170.23 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.16 | $7,159.07 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.52 | $7,147.55 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.13 | $7,136.42 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.48 | $7,124.94 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.49 | $7,113.45 |
| 02/16/2017 | 1002 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $2.47 | $7,110.98 |
| 02/16/2017 | 1002 | VOID: Arthur B. Levine Company | | 2300-003 | | ($2.47) | $7,113.45 |
| 02/16/2017 | 1003 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $2.75 | $7,110.70 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.36 | $7,100.34 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.45 | $7,088.89 |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.07 | $7,077.82 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.42 | $7,066.40 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.03 | $7,055.37 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.38 | $7,043.99 |
| 08/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.36 | $7,032.63 |
| 09/15/2017 | | Green Bank | Transfer Funds | 9999-000 | | $7,032.63 | $0.00 |

| | | | | |
|---|---|---|---|---|
| **SUBTOTALS** | $7,277.30 | $7,277.30 | | |

Page No: 2     Exhibit 9

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 15-31432-TAB |
| **Case Name:** | ARORA, SHYAM S |
| **Primary Taxpayer ID #:** | **-***1476 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 9/15/2015 |
| **For Period Ending:** | 11/19/2018 |

| | |
|---|---|
| **Trustee Name:** | David R. Herzog |
| **Bank Name:** | Bank of Texas |
| **Checking Acct #:** | ******0254 |
| **Account Title:** | Checking |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |

| | | | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|
| **TOTALS:** | | | $7,277.30 | $7,277.30 | $0.00 |
| **Less: Bank transfers/CDs** | | | $0.00 | $7,032.63 | |
| **Subtotal** | | | $7,277.30 | $244.67 | |
| **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| **Net** | | | $7,277.30 | $244.67 | |

**For the period of 9/15/2015 to 11/19/2018**

| | |
|---|---|
| Total Compensable Receipts: | $7,277.30 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,277.30 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $244.67 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $244.67 |
| Total Internal/Transfer Disbursements: | $7,032.63 |

**For the entire history of the account between 11/25/2015 to 11/19/2018**

| | |
|---|---|
| Total Compensable Receipts: | $7,277.30 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,277.30 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $244.67 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $244.67 |
| Total Internal/Transfer Disbursements: | $7,032.63 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-31432-TAB | | | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|---|---|
| Case Name: | ARORA, SHYAM S | | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1476 | | | | Checking Acct #: | ******3201 |
| Co-Debtor Taxpayer ID #: | | | | | Account Title: | DDA |
| For Period Beginning: | 9/15/2015 | | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/19/2018 | | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/15/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $7,032.63 | | $7,032.63 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $6.22 | $7,026.41 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $10.97 | $7,015.44 |
| 01/17/2018 | 5001 | David R. Herzog | Trustee Compensation | 2100-000 | | $1,477.73 | $5,537.71 |
| 01/17/2018 | 5002 | Quantum3 Group LLC as agent for | Distribution Dividend: 1.73; Account Number: ; Claim #: 1; Amount Claimed: 977.16; Amount Allowed: 977.16; | 7100-000 | | $16.90 | $5,520.81 |
| 01/17/2018 | 5003 | Quantum3 Group LLC as agent for | Distribution Dividend: 1.73; Account Number: ; Claim #: 2; Amount Claimed: 3,700.38; Amount Allowed: 3,700.38; | 7100-000 | | $63.95 | $5,456.86 |
| 01/17/2018 | 5004 | Capital Recovery V, LLC | Distribution Dividend: 1.73; Account Number: ; Claim #: 3; Amount Claimed: 4,599.59; Amount Allowed: 4,599.59; | 7100-000 | | $79.49 | $5,377.37 |
| 01/17/2018 | 5005 | PYOD, LLC its successors and assigns as assignee | Distribution Dividend: 1.73; Account Number: ; Claim #: 4; Amount Claimed: 521.60; Amount Allowed: 521.60; | 7100-000 | | $9.01 | $5,368.36 |
| 01/17/2018 | 5006 | PYOD, LLC its successors and assigns as assignee | Distribution Dividend: 1.73; Account Number: ; Claim #: 5; Amount Claimed: 5,887.51; Amount Allowed: 5,887.51; | 7100-000 | | $101.74 | $5,266.62 |
| 01/17/2018 | 5007 | Cerastes, LLC | Distribution Dividend: 1.73; Account Number: ; Claim #: 6; Amount Claimed: 836.57; Amount Allowed: 836.57; | 7100-000 | | $14.46 | $5,252.16 |
| 01/17/2018 | 5008 | NCUAB, conservator for Montauk Credit Union | Distribution Dividend: 1.73; Account Number: ; Claim #: 7; Amount Claimed: 97,723.04; Amount Allowed: 97,723.04; | 7100-000 | | $1,688.77 | $3,563.39 |
| 01/17/2018 | 5009 | NCUAB, conservator for Montauk Credit Union | Distribution Dividend: 1.73; Account Number: ; Claim #: 8; Amount Claimed: 97,723.04; Amount Allowed: 97,723.04; | 7100-000 | | $1,688.77 | $1,874.62 |
| 01/17/2018 | 5010 | NCUAB, conservator for Montauk Credit Union | Distribution Dividend: 1.73; Account Number: ; Claim #: 9; Amount Claimed: 97,723.04; Amount Allowed: 97,723.04; | 7100-000 | | $1,688.77 | $185.85 |
| 01/17/2018 | 5011 | Toyota Motor Credit Corporation | Distribution Dividend: 1.73; Account Number: ; Claim #: 10; Amount Claimed: 10,754.71; Amount Allowed: 10,754.71; | 7100-000 | | $185.85 | $0.00 |
| | | | **SUBTOTALS** | | $7,032.63 | $7,032.63 | |

FORM 2                                                                                              Page No: 4        Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 15-31432-TAB | |
| **Case Name:** | ARORA, SHYAM S | |
| **Primary Taxpayer ID #:** | **-***1476 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 9/15/2015 | |
| **For Period Ending:** | 11/19/2018 | |

| | |
|---|---|
| **Trustee Name:** | David R. Herzog |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******3201 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/21/2018 | 5006 | STOP PAYMENT: PYOD, LLC its successors and assigns as assignee | Distribution Dividend: 1.73; Account Number: ; Claim #: 5; Amount Claimed: 5,887.51; Amount Allowed: 5,887.51; | 7100-004 | | ($101.74) | $101.74 |
| 06/21/2018 | 5008 | STOP PAYMENT: NCUAB, conservator for Montauk Credit Union | Distribution Dividend: 1.73; Account Number: ; Claim #: 7; Amount Claimed: 97,723.04; Amount Allowed: 97,723.04; | 7100-004 | | ($1,688.77) | $1,790.51 |
| 06/21/2018 | 5009 | STOP PAYMENT: NCUAB, conservator for Montauk Credit Union | Distribution Dividend: 1.73; Account Number: ; Claim #: 8; Amount Claimed: 97,723.04; Amount Allowed: 97,723.04; | 7100-004 | | ($1,688.77) | $3,479.28 |
| 06/21/2018 | 5010 | STOP PAYMENT: NCUAB, conservator for Montauk Credit Union | Distribution Dividend: 1.73; Account Number: ; Claim #: 9; Amount Claimed: 97,723.04; Amount Allowed: 97,723.04; | 7100-004 | | ($1,688.77) | $5,168.05 |
| 06/21/2018 | 5012 | Clerk of U.S. Bankruptcy Court | Deposit Unclaimed Funds | * | | $5,168.05 | $0.00 |
| | | | Unclaimed Funds  $(101.74) | 7100-000 | | | $0.00 |
| | | | Unclaimed Funds  $(1,688.77) | 7100-000 | | | $0.00 |
| | | | Unclaimed Funds  $(1,688.77) | 7100-000 | | | $0.00 |
| | | | Unclaimed Funds  $(1,688.77) | 7100-000 | | | $0.00 |
| 07/10/2018 | 5012 | VOID: Clerk of U.S. Bankruptcy Court | | * | | ($5,168.05) | $5,168.05 |
| | | | Unclaimed Funds  $101.74 | 7100-003 | | | $5,168.05 |
| | | | Unclaimed Funds  $1,688.77 | 7100-003 | | | $5,168.05 |
| | | | Unclaimed Funds  $1,688.77 | 7100-003 | | | $5,168.05 |
| | | | Unclaimed Funds  $1,688.77 | 7100-003 | | | $5,168.05 |
| 08/14/2018 | 5013 | NCUAB, conservator for Montauk Credit Union | Distribution Dividend: 1.73; Account Number: ; Claim #: 7; Amount Claimed: 97,723.04; Amount Allowed: 97,723.04; | 4110-000 | | $1,688.77 | $3,479.28 |
| 08/14/2018 | 5014 | NCUAB, conservator for Montauk Credit Union | Distribution Dividend: 1.73; Account Number: ; Claim #: 8; Amount Claimed: 97,723.04; Amount Allowed: 97,723.04; | 4110-000 | | $1,688.77 | $1,790.51 |
| 08/14/2018 | 5015 | NCUAB, conservator for Montauk Credit Union | Distribution Dividend: 1.73; Account Number: ; Claim #: 9; Amount Claimed: 97,723.04; Amount Allowed: 97,723.04; | 4110-000 | | $1,688.77 | $101.74 |

|  |  |  |  | **SUBTOTALS** | $0.00 | ($101.74) | |

Case 15-31432   Doc 38   Filed 12/07/18   Entered 12/07/18 14:35:24   Desc Main   Page No: 5   Exhibit 9

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | |
|---|---|---|---|---|---|
| **Case No.** | 15-31432-TAB | | **Trustee Name:** | | David R. Herzog |
| **Case Name:** | ARORA, SHYAM S | | **Bank Name:** | | Green Bank |
| **Primary Taxpayer ID #:** | **-***1476 | | **Checking Acct #:** | | ******3201 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | | DDA |
| **For Period Beginning:** | 9/15/2015 | | **Blanket bond (per case limit):** | | $5,000,000.00 |
| **For Period Ending:** | 11/19/2018 | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 08/14/2018 | 5016 | Clerk of the U.S. Bankruptcy Court | Unclaimed Funds | 7100-000 | | $101.74 | $0.00 |
| | | | **TOTALS:** | | $7,032.63 | $7,032.63 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $7,032.63 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $7,032.63 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $7,032.63 | |

| For the period of **9/15/2015** to **11/19/2018** | | For the entire history of the account between **09/15/2017** to **11/19/2018** | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $7,032.63 | Total Internal/Transfer Receipts: | $7,032.63 |
| | | | |
| Total Compensable Disbursements: | $7,032.63 | Total Compensable Disbursements: | $7,032.63 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,032.63 | Total Comp/Non Comp Disbursements: | $7,032.63 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 15-31432-TAB |
| **Case Name:** | ARORA, SHYAM S |
| **Primary Taxpayer ID #:** | **-***1476 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 9/15/2015 |
| **For Period Ending:** | 11/19/2018 |

| | |
|---|---|
| **Trustee Name:** | David R. Herzog |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******3201 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $7,277.30 | $7,277.30 | $0.00 |

| For the period of 9/15/2015 to 11/19/2018 | | For the entire history of the case between 09/15/2015 to 11/19/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,277.30 | Total Compensable Receipts: | $7,277.30 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,277.30 | Total Comp/Non Comp Receipts: | $7,277.30 |
| Total Internal/Transfer Receipts: | $7,032.63 | Total Internal/Transfer Receipts: | $7,032.63 |
| | | | |
| Total Compensable Disbursements: | $7,277.30 | Total Compensable Disbursements: | $7,277.30 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,277.30 | Total Comp/Non Comp Disbursements: | $7,277.30 |
| Total Internal/Transfer Disbursements: | $7,032.63 | Total Internal/Transfer Disbursements: | $7,032.63 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG